## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  
    Kenneth M Giambalvo  
    Marci A Perez-Giambalvo  
    Debtor(s)

Case No. 16-34978

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/01/2016.

2) The plan was confirmed on 02/10/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/20/2018.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/09/2017, 12/01/2017, 12/06/2018.

5) The case was dismissed on 03/01/2019.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $57,803.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $22,095.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $22,095.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,218.16 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,218.16

Attorney fees paid and disclosed by debtor:   $2,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FAY SERVICING | Secured | 37,000.00 | 18,404.34 | 18,404.34 | 18,404.34 | 0.00 |
| FAY SERVICING | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 410.00 | 410.02 | 410.02 | 246.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 377.00 | 377.52 | 377.52 | 226.50 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Unsecured | 986.55 | NA | NA | 0.00 | 0.00 |
| CTR FOR DIAGNOSTIC IMAGING | Unsecured | 91.96 | NA | NA | 0.00 | 0.00 |
| CHASE CARD SERVICES | Unsecured | 14,856.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY INC | Unsecured | 1,159.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Unsecured | 1,465.00 | NA | NA | 0.00 | 0.00 |
| DR KAREN FALK AND ASSOCIATES | Unsecured | 584.00 | NA | NA | 0.00 | 0.00 |
| FOREST RECOVERY/FOX VALLEY O | Unsecured | 716.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY ORTHOPAEDIC | Unsecured | 591.40 | NA | NA | 0.00 | 0.00 |
| HAIDER MEDICAL GROUP LTD | Unsecured | 112.38 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC | Unsecured | 422.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS/CREEKSIDE ELEMENTA | Unsecured | 272.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS/GIFTED DEPT | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS/CREEKSIDE ELEMENTA | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| ICS/NORTWEST SUBURBAN IMAGIN( | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED ALLERGY AND ASTHMA | Unsecured | 657.89 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SHERMAN HOSPITAL | Unsecured | 6,662.00 | NA | NA | 0.00 | 0.00 |
| ALGONQUIN SURGERY CTR | Unsecured | 1,139.63 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES IN ORTHOPAEDIC | Unsecured | 826.40 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| ATHLETIC AND THERAPEUTIC INST | Unsecured | 78.96 | NA | NA | 0.00 | 0.00 |
| BARRINGTON ORTHOPAEDIC | Unsecured | 410.02 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS/ADVANCED ALLERGY | Unsecured | 658.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MARIA FAKLARIS DDS PC | Unsecured | 14.90 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS/PEDIATRIC ADOLESC | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/CENTRAL DUPAGE | Unsecured | 2,093.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/SHITAL TANNA MD | Unsecured | 1,505.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/JOSEPH CHUNG MI | Unsecured | 268.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SUBURBAN IMAGING | Unsecured | 439.00 | NA | NA | 0.00 | 0.00 |
| ORTHO ILLINOIS | Unsecured | 1,465.46 | NA | NA | 0.00 | 0.00 |
| PRO DENTAL CARE | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| PULMONARY CRITICAL CARE AND S | Unsecured | 62.24 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 558.87 | NA | NA | 0.00 | 0.00 |
| SIGNATURE MEDICAL ASSOC | Unsecured | 1,773.00 | NA | NA | 0.00 | 0.00 |
| STANISLAUS CREDIT/CEP AMERICA | Unsecured | 1,394.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY/DISH NETWOR | Unsecured | 379.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN ORTHOPAEDICS LLC | Unsecured | 429.00 | NA | NA | 0.00 | 0.00 |
| THE AFFILIATED GROUP | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS/ELGIN FAM | Unsecured | 413.38 | NA | NA | 0.00 | 0.00 |
| WYNDHAM VACATION RESORT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $18,404.34 | $18,404.34 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,404.34** | **$18,404.34** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$787.54** | **$472.50** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,218.16 |
| Disbursements to Creditors | $18,876.84 |
| **TOTAL DISBURSEMENTS** : | **$22,095.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/02/2019      By: /s/ Glenn Stearns
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**